Kevin MURPHY, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 70598.

Missouri Court of Appeals, Eastern District, Division One.

April 8, 1997.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa A. Fischer, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Vicky Lynn PAINTER Respondent,

v.

John Allen PAINTER, Appellant.

No. 70449.

Missouri Court of Appeals, Eastern District, Division One.

April 8, 1997.

Stephen G. Bell, Ronald J. Wuebbeling, St. Louis, for appellant.

Virginia L. Busch, St. Charles, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

John Allen Painter (Husband) appeals from the trial court's judgment awarding maintenance and child support to Vicky Lynn Painter (Wife). Husband alleges that the amount of maintenance and child support awarded is excessive. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum detailing our reasons for affirming the judgment of the trial court. Rule 84.16(b).